**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHARON A. FINIZIE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  21-5586** |
| | : | |
| **DENIS MCDONOUGH** | : | |

# <u>ORDER</u>

**AND NOW**, this 30th day of September 2022, upon considering Defendant's Motion for summary judgment (ECF Doc. No. 24), Plaintiff's Opposition (ECF Doc. No. 29), Defendant's Reply (ECF Doc. No. 31), and finding no genuine issues of material fact precluding entry as a matter of law as more fully detailed in the accompanying Memorandum, it is **ORDERED**:

1.     Defendant's Motion (ECF Doc. No. 24) is **GRANTED** dismissing all claims; and,

2.     The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**